## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Sophia J. Johnson
Hair Shunnarah Trial Attorneys
3540 S. I-10 Serv. Rd. #300
Metairie LA 70001

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 16, 2023

## REHEARING ACTION: August 16, 2023

**Docket Number: 23   00233-CW**

**JENNIFER MURPHREY RULON
(IN HER CAPACITY AS EXECUTRIX
OF THE SUCCESSION OF LINDSAY
DIAN RETTIG)
VERSUS
HIGHT-DOLAND INSURANCE AGENCY,
LLC**

**Writ Application from Calcasieu Parish Case No. 2022-4917**

**<u>BEFORE JUDGES</u>:**

> **Hon. Shannon J. Gremillion
> Hon. Van H. Kyzar
> Hon. Jonathan W. Perry
> Hon. Sharon Darville Wilson
> Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jennifer Murphrey Rulon** has this day been

**DENIED.**

cc: Steven Eric Soileau, Counsel for the Applicant
    Alexandra Morgan Harlow, Counsel for the Applicant